**Order filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00796-CR
_____

**DAVID MICHAEL WATSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCR-059381**

## ORDER

On November 20, 2014, appellant's counsel filed a motion requesting a 120-day extension of time to file appellant's brief. Counsel stated the extension was necessary because appellant lacks funds to pay for preparation of the reporter's record. Counsel further stated appellant has filed an affidavit of indigence and a request for preparation of the reporter's record without advance payment of costs and he has set the matter for a hearing in the trial court.

The reporter's record for this appeal, including the exhibits admitted at trial, was filed November 13, 2014. The record contains the court reporter's certification that the cost of the record will be paid by Fort Bend County.

Accordingly, we **DENY** appellant's motion for a 120-day extension of time to file appellant's brief. On the court's own motion, we extend the due date for appellant's brief to **January 15, 2015.**


                                    PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.